# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GRACE SANCHEZ,

    Plaintiff,

-vs-                                    CASE NO.:  8:18-cv-01584-T-33AAS

BMW FINANCIAL SERVICES, NA LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Grace Sanchez, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ashley N. Rector 3350 Buschwood Park Drive, Suite195 Tampa FL 33618 via facsimile and U.S. Mail on this 23rd day of April, 2019.

                                                */s/ Janelle Neal*
                                               Janelle Neal, Esquire
                                               Florida Bar No.: 774561
                                               Morgan & Morgan, Tampa, P.A.
                                               One Tampa City Center
                                               201 North Franklin Street, Suite 700
                                               Tampa, Florida 33602
                                               Telephone: (813) 223-5505
                                               Facsimile:  (813) 222-2490
                                               Primary Email: JNeal@ForThePeople.com
                                               Secondary Email: RKnowles@ForThePeople.com
                                               *Counsel for Plaintiff*