## UNITED STATES DISTRCIT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GRACE SANCHEZ,
Plaintiff

vs                                                      Case No.: 8:818-cv-01584-T-33AAS

BMW FINANCIAL SERVICES, NA LLC,
Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Grace Sanchez, with Defendant, BMW Financial Services NA LLC ("BMW")

file this stipulation of voluntary dismissal with prejudice. This matter was closed with the

American Arbitration Association as well (Case Number: 01-18-0002-8675).

Respectfully Submitted,
*/s/Janelle Neal*
Janelle Neal, Esq.
Florida Bar No.: 774561
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223=5505
Facsimile: (813) 222-2490
Primary Email: jneal@forthepeople.com
Secondary Email:rknowles@forthepeople.com
Counsel for Plaintiff

Attorney for Defendant BMW
*/s/ Brian Frontino*
Brian Frontino, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 18th day of May, which will send a notice of filing to all attorneys of record.

By: */s/ Janelle Neal*
Janelle Neal, Esq.